Stanley Novak, Respondent, v. Greater New York Savings Bank, Appellant.—

542

Christ, P. J., Rabin, Munder, Latham and Kleinfeld. JJ., concur.